**Order entered July 31, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01386-CV

**HARRY DAVIS D/B/A FIRST HOME CONSULTING, Appellant**

**V.**

**CITIBANK, N.A., AS TRUSTEE FOR WAMU SERIES 2007-HE2 TRUST, Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-12737**

## ORDER

We **GRANT** appellant's July 24, 2013 motion for an extension of time to file a second amended brief. We **ORDER** the second amended brief tendered to this Court by appellant on July 19, 2013 filed as of the date of this order.

Appellee's brief is due thirty days from the date of this order.

/s/      CAROLYN WRIGHT
           CHIEF JUSTICE